IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| K3 LOGISTICS, LLC,<br>   *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | MO:24-CV-00001-DC |
| CRYPTOTHERM<br>MANUFACTURING, INC.,<br>   *Defendant.* | §<br>§<br>§<br>§ | |

## ORDER

The Court now considers the report and recommendation[1] of United States Magistrate Judge Ronald C. Griffin concerning Plaintiff K3 Logistics, LLC's motion for default judgment against Defendant Cryptotherm Manufacturing, Inc.[2] In his report and recommendation, Judge Griffin recommends that the Court grant the motion. K3 Logistics timely filed objections to the report and recommendation.[3]

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court.[4] Because K3 Logistics timely objected to a portion of the report and recommendation, the Court reviews That portion the report and recommendation *de novo*. Having done so, the Court overrules K3 Logistics' objections and adopts the report and recommendation as its own order.[5]

---

[1] ECF No. 69.
[2] ECF No. 42.
[3] ECF No. 70.
[4] 28 U.S.C. § 636(b)(1)(C).
[5] K3 Logistics' sole objection asks for the opportunity to file a motion for attorney fees with supporting evidence. The Magistrate Judge declined to award such fees "up to this point" in

1

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Ronald C. Griffin[6] is **ADOPTED**. K3 Logistics' motion is **GRANTED**.

So **ORDERED**.

SIGNED this 31st day of January, 2025.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

litigation and "denie[d] K3's conditional request without prejudice to K3 Logistics' right to refile a Motion for Attorney[] fees." ECF No. 69 at 13–14. The Court will allow K3 Logistics to move under Rule 54 once judgment has been entered.
[6] ECF No. 70.